Case: **2:26–cv–02115**
Assigned To : **Norris, Mark S.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **2/6/2026**
Description: **Crawford et al v. Shelby County Government et al**